UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 09–631-DMG** | Date | MARCH 18, 2010 |
|---|---|---|---|

| Title | *In re Fernando Cabrera-Mejia, Debtor,*<br>*Pite Duncan, LLP, Appellant v. United States Trustee for Los Angeles, Appellee* |
|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-TRANSFER OF CASE TO JUDGE GEE**

Please take notice that this action has been randomly reassigned to the **HONORABLE DOLLY M. GEE**, United States District Judge, pursuant to the Order of the Chief Judge filed on January 20, 2010.  The magistrate judge's assignment will remain the same.

Please substitute the initials **DMG** in place of the current initials, so that the case number will now read **CV 09-0631-DMG**.  As documents are routed using the judge's initials, **it is imperative** that the correct initials **DMG** be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Gee's Courtroom Deputy Clerk is Yolanda Skipper.  She can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 2nd floor of the Spring Street Courthouse, Courtroom #7.

Additional information about Judge Gee's procedures and schedules will soon be available and can be found on the court's website at **www.cacd.uscourts.gov**.

Counsel are further notified that the Court, on its own motion, hereby orders appellant to show cause in writing on or before **April 19, 2010** why this action should not be dismissed for lack of prosecution.

This order is based upon appellant's failure to file the documents required by the Federal Rules of Bankruptcy Procedures.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|

Counsel is advised that the Appellee's reply brief & excerpts of record documents must be filed by the date specified above to avoid dismissal.

**IT IS SO ORDERED.**
cc: all parties